**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO REINSTATE

Appellate case name:        Texas Department of Public Safety v. Anita Johnson and
                            Tameki Taylor

Appellate case number:      01-20-00397-CV

Trial court case number:    2017-76040

Trial court:                113th District Court of Harris County

On June 3, 2021, we granted Appellees' motion to abate this appeal for 180 days to allow them to find new counsel following the death of their attorney, Jeffrey W. Gillespie. On December 7, 2021, attorney Thomas Burton filed an Appearance of Counsel on behalf of both Appellees. Appellant has now filed an Unopposed Motion to Reinstate the Appeal.

Appellant's Motion to Reinstate the Appeal is **granted** and the appeal is reinstated on this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
                   ☒Acting individually      ☐ Acting for the Court

Date: January 13, 2022